UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION-COLUMBUS

| | |
|---|---|
| KENNETH TIRADO ) <br> 2225 Red Barn St. ) <br> Delaware, Ohio 43015 ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> NORTHSTAR LOCATION ) <br> SERVICES, LLC ) <br> 4285 Genesee St. ) <br> Cheektowaga, NY 14225 ) <br> ) <br> Defendant. ) | No.  2:11-cv-278 |

### NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, KENNETH TIRADO, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

RESPECTFULLY SUBMITTED,

By:   /s/ Peter Cozmyk  
      Peter Cozmyk,  
      Attorney for Plaintiff  
      Ohio Registration No. 0078862  
      Krohn & Moss, Ltd.  
      8043 Corporate Circle, Suite 3  
      North Royalton, OH 44133  
      Telephone: (323) 988-2400 x 213  
      Fax: (866) 799-3206

E-mail: pcozmyk@consumerlawcenter.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A true and correct copy of said Notice was electronically submitted by electronic mail to the following:

Linda M. Leising
Northstar Location Services, LLC
4285 Genesee Street
Cheektowaga, NY 14225
lleising@northstarlocation.com
     .

/s/ Peter Cozmyk
Peter Cozmyk
Attorney for Plaintiff