**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION-COLUMBUS**

| | | |
|---|---|---|
| KENNETH TIRADO | ) | |
| | ) | |
| Plaintiff, | ) | No.  2:11-cv-278 |
| | ) | |
| vs. | ) | |
| | ) | |
| NORTHSTAR LOCATION | ) | |
| SERVICES, LLC | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

KENNETH TIRADO (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions-Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, NORTHSTAR LOCATION SERVICES, LLC. (Defendant), in this case.

RESPECTFULLY SUBMITTED,

By:__/s/ Peter Cozmyk_____
Peter Cozmyk, Esq.
Attorney for Plaintiff
Ohio Registration No. 0078862
Krohn & Moss, Ltd.
8043 Corporate Circle, Suite 3
North Royalton, OH 44133
Telephone: (323) 988-2400 x 213
Fax: (866) 799-3206
pcozmyk@consumerlawcenter.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was electronically submitted to Linda Leising, Attorney for Defendant, at e-mail address lleising@northstarlocation.com

/s/ Peter Cozmyk
Peter Cozmyk
Attorney for Plaintiff